IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

BRETT MICHAEL DADIG

Magistrate No. 25-1855

ORDER

AND NOW, to wit, this 10th day of November, 2025, it appearing to the Court that an Arrest Warrant for the above-captioned individual has been executed, and upon the representation of the United States Attorney's Office that there is no further necessity that the Complaint, Arrest Warrant and Affidavit remain sealed,

IT IS HEREBY ORDERED that the Complaint, Arrest Warrant and Affidavit filed at the above number and sealed on November 7, 2025, be unsealed as of November 10, 2025.

_____
HONORABLE PATRICIA L. DODGE
UNITED STATES MAGISTRATE JUDGE